Case 4:19-cr-00832   Document 46   Filed on 12/05/19 in TXSD   Page 1 of 1

United States District Court
Southern District of Texas
**ENTERED**
December 05, 2019
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| VS. | § | CRIMINAL ACTION NO. 4:19-CR-832-2 |
| | § | |
| STEVEN O BRYANT (2) | § | |

**ORDER GRANTING
DEFENDANT STEVEN O. BRYANT'S UNOPPOSED MOTION FOR LEAVE
TO MODIFY CONDITIONS OF RELEASE**

On this date the Court considered Defendant Steven O. Bryant's Unopposed Motion for Leave to Modify Conditions of Release in the above-referenced cause and, after considering said motion, finds that the modification is appropriate. This Court hereby GRANTS modification of the terms of his release. It is therefore

(1) ORDERED that Mr. Bryant will be allowed to travel outside Harris County and the counties bordering Harris County for the limited purpose of traveling with his daughter to her volleyball tournaments; and

(2) ORDERED that Mr. Bryant will provide a schedule showing the dates and locations of his daughter's volleyball tournaments to the U.S. Probation Officer assigned to him, and comply with any other requirements from the U.S. Probation Officer regarding his travel.

SIGNED this 5th day of December, 2019.

_____
George C. Hanks Jr.
United States District Judge