United States District Court
Southern District of Texas
**ENTERED**
January 27, 2020
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § § § | |
| v. | § | Criminal Action No. 4:19-cr-832-02 |
| | § § § | |
| STEVEN O. BRYANT (2) | § | |

**ORDER GRANTING
DEFENDANT STEVEN O. BRYANT'S UNOPPOSED MOTION FOR LEAVE
TO MODIFY CONDITIONS OF RELEASE**

On this date the Court considered Defendant Steven O. Bryant's Unopposed Motion for Leave to Modify Conditions of Release in the above-referenced cause and, after considering said motion, finds that the modification is appropriate. This Court hereby GRANTS modification of the terms of his release. It is therefore

(1) ORDERED that Mr. Bryant will be allowed to travel outside Harris County and the counties bordering Harris County for the limited purpose of performing contract work; and

(2) ORDERED that Mr. Bryant will notify the U.S. Probation Office about the schedule for his contract work, and comply with any other requirements from the U.S. Probation Officer regarding his travel.

SIGNED the 27th day of January, 2020.

_____
Dena Hanovice Palermo.
US Magistrate Judge