**UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS**

United States of America

*versus*  Case Number: 4:19−cr−00832

Steven O Bryant

---

## Notice of Setting

**A proceeding has been set in this case as to Steven O Bryant as set forth below.**

**BEFORE:**
**Judge George C Hanks, Jr**

**LOCATION:**
by video

**DATE:** 5/25/2021

**TIME:** 02:00 PM

**TYPE OF PROCEEDING:** Re−Arraignment Hearing

https://www.zoomgov.com/j/1611344740?pwd=S21Removb3dsSC9JbXFCZ0hOWFFKZz09
Meeting ID: 161 134 4740
Passcode: 533482

---

Date:   May 21, 2021                                          Nathan Ochsner, Clerk