# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS

United States of America

*versus*                                                  Case Number: 4:19−cr−00832

Steven O Bryant

## Notice of Resetting

**A proceeding has been reset in this case as to Steven O Bryant as set forth below.**

**BEFORE:**
**Judge George C Hanks, Jr**

**LOCATION:**
by video

**DATE:** 6/1/2021

**TIME:** 10:30 AM

**TYPE OF PROCEEDING:** Re−Arraignment Hearing

https://www.zoomgov.com/j/1612853116?pwd=M2tTV1JISnBncFRlRTFzYmtrMGQzQT09
Meeting ID: 161 285 3116
Passcode: 360377

Date:   May 28, 2021                                                     Nathan Ochsner, Clerk