UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| | § | |
| | § | |
| v. | § | Criminal Action No. 4:19-cr-832-02 |
| | § | |
| | § | |
| STEVEN O. BRYANT (2) | § | |

## **UNOPPOSED MOTION TO CONTINUE SENTENCING**

Defendant Steven O. Bryant ("Mr. Bryant"), by and through his attorneys of record, files this Unopposed Motion to Continue Sentencing.

On June 1, 2021, Mr. Bryant entered a plea of guilty to Destruction, Alteration, or Falsification of Records in Federal Investigations and Bankruptcy, in violation of 18 U.S.C. § 1519. Mr. Bryant is currently set for sentencing on July 7, 2026.

For the reasons stated in the sealed document filed in connection with his March 8, 2022 motion for continuance in this matter (Dkt. No. 146) and considering the recent Joint Motion to Continue Scheduling Order filed in connection with Mr. Bryant's co-defendant (Dkt. No. 242), which was granted by the Court on June 15, 2026 (Dkt. Nos. 243, 244), Mr. Bryant respectfully requests that his sentencing be deferred until at least the week of August 3, 2026. Mr. Bryant further requests a continuance of all deadlines associated with sentencing.

Mr. Bryant's counsel has consulted with counsel for the Government and it is unopposed to the motion for continuance.

Respectfully submitted,

**DRUMHELLER, HOLLINGSWORTH & MONTHY, LLP**

 /s/ *Anthony D. Drumheller*
Anthony D. Drumheller
State Bar No. 00793642
Federal I.D. No. 22734
Derek S. Hollingsworth
State Bar No. 24002305
Federal I.D. No. 34569
712 Main Street, Suite 1705
Houston, Texas 77002
Telephone: (713) 751-2300
Facsimile: (713) 751-2310
Emails:  adrumheller@dhmlaw.com
          dhollingsworth@dhmlaw.com

**ATTORNEYS FOR DEFENDANT
STEVEN O. BRYANT**

## CERTIFICATE OF CONFERENCE

I hereby certify that I have conferred with Assistant United States Attorney Arthur Jones regarding this Motion, and he stated that the Government is unopposed to the relief sought herein.

 /s/ *Anthony D. Drumheller*
Anthony D. Drumheller

## CERTIFICATE OF SERVICE

I hereby certify that on June 15, 2026, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all registered parties.

 /s/ *Anthony D. Drumheller*
Anthony D. Drumheller

2