United States District Court
Southern District of Texas
**ENTERED**
June 29, 2026
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| | § | |
| v. | § | Criminal Action No. 4:19-cr-832-02 |
| | § | |
| | § | |
| STEVEN O. BRYANT (2) | § | |

**ORDER GRANTING**
**UNOPPOSED MOTION TO CONTINUE SENTENCING**

On this date the Court considered defendant Steven O. Bryant's Unopposed Motion to Continue Sentencing in the above-referenced cause and, after considering said motion, finds that the Motion should be and hereby is GRANTED. It is, therefore,

ORDERED that sentencing in this matter is continued until August 13, 2026 at 11:00 a.m. It is further

ORDERED that the associated deadlines are also continued as follows:

- By __July 23, 2026__, counsel must object in writing to the facts used and application of the guidelines or state that there is no objection; and

- By __August 6, 2026__, the probation officer must submit to the judge the final presentence report with an addendum addressing contested issues.

SIGNED the 29th day of __June__, 2026.

_George C. Hanks Jr._
George C. Hanks Jr.
United States District Judge